UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. HENRY J. ALVIN, JR., Criminal No. 14-405

## PETITION FOR WRIT OF HABEAS CORPUS

1. **HENRY J. ALVIN, JR., ID# 2000208148, DOB 5/15/1984** is now confined at the Union County Jail.

2. Said individual will be required at U.S. District Court, Newark, New Jersey, before the Hon. Susan D. Wigenton, on Thursday, July 31, 2014, at 11:00 a.m., for his **Arraignment** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: July 22, 2014

/s/ Sara F. Merin
SARA F. MERIN
Assistant United States Attorney
Petitioner

## ORDER

Let the Writ Issue.
DATED: July 22nd, 2014

Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Union County Jail:
WE COMMAND YOU that you have the body of

**HENRY J. ALVIN, JR., ID# 2000208148, DOB 5/15/1984**

now confined at the Union County Jail, brought before the United States District Court, the Hon. Susan D. Wigenton, U.S. District Judge, at the U.S. Courthouse in Newark, NJ, on Thursday, July 31, 2014 at 11:00 a.m., so that he may have his **Arraignment** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: July 22, 2014

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: /s/ Carmen D. Soto
Deputy Clerk